AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CIRO RAMIREZ<br><br>*Plaintiff(s)*<br>v.<br>FIRST PORTFOLIO VENTURES II, LLC<br>and<br>JAVITCH BLOCK, LLC<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-1954 -RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FIRST PORTFOLIO VENTURES II, LLC
c/o Corporation Service Company dba CSC
– Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel J. Ciment
Ciment Law Firm, PLLC
4500 Mercantile Plaza Dr., Suite 300
Fort Worth, TX 76137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SERVICE RETURN ATTACHED

Date: 12/03/2025

CLERK OF COURT, PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*

**ATX Process, LLC
1411 West 6th Street
Austin, TX 78703**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1954 -RP

## P OOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

*SERVICE RETURN ATTACHED*

_____
Server's signature

Printed name and title
**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

_____
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:25-CV-01954-RP

Plaintiff:
**Ciro Ramirez**

vs.

Defendant:
**First Portfolio Ventures II, LLC et al.**

For:
Ciment Law Firm, PLLC (Fort Worth)
1751 River Run
#280
Fort Worth, TX 76107

Received by Justin Rogers on the 8th day of December, 2025 at 3:31 pm to be served on **First Portfolio Ventures II, LLC by serving its registered agent, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **9th day of December, 2025** at **3:25 pm**, I:

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to **Mak Hayes, Corporation Service Company dba CSC - Lawyers Incorporating Service Company**, in person, as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **First Portfolio Ventures II, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 9th day of December, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

Justin Rogers
PSC-20023, Exp. 06/30/2027

Date: 12/9/25

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2025013999
Ref: Ciro Ramirez