AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Ciro Ramirez ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:25-cv-01954-RP |
| First Portfolio Ventures II, LLC et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

First Portfolio Ventures II, LLC and Javitch Block, LLC                          .

Date:   12/30/2025

/s/ Michael D. Slodov
*Attorney's signature*

Michael D. Slodov, OH #0051678
*Printed name and bar number*

1100 Superior Ave., 19th Fl.
Cleveland, OH 44114

*Address*

mslodov@jbllc.com
*E-mail address*

(216) 217-2145
*Telephone number*

(216) 685-3039
*FAX number*

**CERTIFICATE OF SERVICE**

      I certify that on December 30, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Daniel Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza, Suite
300 Fort Worth, TX 76137
833-663-3289, ext. 1001
Daniel@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

                                              /s/ Michael D. Slodov
                                              Michael D. Slodov