UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ciro Ramirez, ) | CASE NO. 1:25-cv-01954-RP |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE: ROBERT PITTMAN |
| v. ) | |
| ) | |
| First Portfolio Ventures II, LLC ) | |
| and Javitch Block LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JAVITCH BLOCK LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes, Javitch Block LLC (Javitch), which, pursuant to 7.1(a)(1) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.   Javitch states that it does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully Submitted,

/ Michael D. Slodov
Michael D. Slodov, OH SCR #0051678
JAVITCH BLOCK LLC
1100 Superior Ave., 19th Floor
Cleveland, OH 44114
(866) 881-2400 ext. 2781
Direct (216) 217-2145
(fax) (216) 685-3039
mslodov@jbllc.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on December 30, 2025, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Daniel Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza, Suite
300 Fort Worth, TX 76137
833-663-3289, ext. 1001
Daniel@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

/s/ Michael D. Slodov
Michael D. Slodov