UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ciro Ramirez, | CASE NO. 1:25-cv-01954-RP |
| Plaintiff, | |
| | JUDGE: ROBERT PITTMAN |
| v. | |
| First Portfolio Ventures II, LLC and Javitch Block LLC, | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD**

Now come Defendants First Portfolio Ventures II, LLC and Javitch Block LLC ("Defendants"), by and through the undersigned counsel, and pursuant to Fed.R.Civ.P 6(b)(1)(B), hereby move for an extension of time to answer, move or otherwise plead in response to Plaintiff's Complaint, until January 19, 2026. For cause, Defendants states this matter was filed on December 1, 2025; both Defendants were served via statutory agent on December 8, 2025 and pursuant to Fed.R.Civ.P. 12, Defendants response to the complaint was due on December 29, 2025.

This motion comes on the morning of December 30, 2025, one day after the due date for Defendants' response to the complaint. For the following reasons, an extension of time should nonetheless be granted. First, the parties have been involved in settlement negotiations involving five lawsuits filed by Plaintiff's counsel against the same two Defendants on December 1, 2025.[1] The suits are likely to be settled within the extension of time sought. Second, a request for consent

---

[1] *Ventura v. First Portfolio Ventures II, LLC, et al.*, SDTX, No.4:25-cv-05740; *Concepcion v. First Portfolio Ventures II, LLC, et al.*, WDTX No. 1:25-cv-01955; *Ramirez v. First Portfolio Ventures II, LLC, et al.*, WDTX, no. 1:25-cv-01954; *Haskett v. First Portfolio Ventures II, LLC, et al.*, SDTX, No. 4:25-cv-05738; and *Lopez v. First Portfolio Ventures II, LLC, et al.*, SDTX, No. 4:25-cv-05739.

1

to the extension request was sent by email to Plaintiff's counsel, as well as a call, and as of the time of filing, no response was received. Third, the undersigned counsel was not made aware that settlement efforts had not resolved these cases until after close of business on December 29, 2025.

As such, Defendants First Portfolio Ventures II, LLC and Javitch Block LLC pray that the court grant an extension of time to answer, move or otherwise plead in response to Plaintiff's Complaint, until January 19, 2026.

Respectfully submitted,

/s/Michael D. Slodov
Michael D. Slodov (0051678)
JAVITCH BLOCK LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Telephone No. (866) 881-2400 ext. 2781
Direct: (216) 217-2145
Facsimile (216) 685-3039
mslodov@jbllc.com
Attorneys for Defendants
First Portfolio Ventures II, LLC and
Javitch Block LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/Michael D. Slodov