UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ciro Ramirez, | ) | CASE NO. 1:25-cv-01954-RP |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: ROBERT PITTMAN |
| v. | ) | |
| | ) | |
| First Portfolio Ventures II, LLC and | ) | |
| Javitch Block LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Ciro Ramirez, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice, each party to bear its own fees and costs to be borne by Plaintiff.

_____
Daniel Ciment
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza, Suite
300 Fort Worth, TX 76137
833-663-3289, ext. 1001
Daniel@cimentlawfirm.com
Attorney For Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2026, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

_____
Daniel Ciment